FILED

07/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0046

IN THE SUPREME COURT OF THE
STATE OF MONTANA

Case No.  DA 23-0046

STAND UP MONTANA, a Montana non-profit
Corporation; CLINTON DECKER;
MORGEN HUNT; GABRIEL
EARLE; ERICK PRATHER; BRADFORD
CAMPBELL; MEAGAN CAMPBELL; AMY ORR
and JARED ORR,

        Plaintiffs/Appellants,

   vs.

MISSOULA COUNTY PUBLIC SCHOOLS,
ELEMENTARY DISTRICT NO. 1, HIGH
SCHOOL DISTRICT NO. 1, MISSOULA
COUNTY, STATE OF MONTANA; TARGET
RANGE SCHOOL DISTRICT NO. 23; and
HELLGATE ELEMENTARY SCHOOL
DISTRICT NO. 4,
        Defendants/Appellees.

---

## *ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE APPELLANTS' REPLY BRIEF*

---

Appellants, having filed their Motion for Extension of Time to File
Appellants' Reply Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellants' Motion is GRANTED.

Appellants' Reply Brief shall be due on August 14, 2023.

No further extensions will be granted.

ELECTRONICALLY SIGNED AND DATED BELOW

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 6 2023